ANNA ERICKSON WHITE (CA SBN 161385)
AWhite@mofo.com
ROBERT L. CORTEZ WEBB (CA SBN 274742)
RWebb@mofo.com
SU-HAN WANG (CA SBN 284863)
SWang@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
Sunrun Inc., Lynn Jurich, Bob Komin, Edward Fenster, Jameson McJunkin, Gerald Risk, Steve Vassallo, Richard Wong, Beau Peelle, Eren Omer Atesmen, Reginald Norris, William Elmore, Foundation Capital VI, L.P., and Foundation Capital Management Co. VI, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY L. PYTEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC.,<br><br>Defendants. | Case No.   3:16-CV-02566-HSG<br><br>**STIPULATION EXTENDING TIME TO OPPOSE MOTION TO REMAND**<br><br>**ORDER GRANTING STIPULATION**<br><br>**[L.R. CIV. 6-2]** |

Plaintiff Jeffrey L. Pytel ("Plaintiff"), by and through his undersigned counsel, and Defendants Sunrun Inc., Lynn Jurich, Bob Komin, Edward Fenster, Jameson McJunkin, Gerald Risk, Steve Vassallo, Richard Wong, Beau Peelle, Eren Omer Atesmen, Reginald Norris, William Elmore, Foundation Capital VI, L.P., and Foundation Capital Management Co. VI, LLC (the "Sunrun Defendants"), as well as Credit Suisse Securities (USA) LLC, Goldman, Sachs & Co., Morgan Stanley & Co. LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, RBC Capital Markets, LLC, KeyBanc Capital Markets Inc., and SunTrust Robinson Humphrey, Inc. (the "Underwriter Defendants," collectively with the Sunrun Defendants, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS Plaintiff filed a Motion to Remand this action on May 17, 2016;

WHEREAS, the plaintiffs in five additional actions against Defendants filed motions to remand those actions between May 17, 2016, and May 19, 2016;

WHEREAS, pursuant to Local Rule 7-3, Defendants' opposition to Plaintiff's motion is currently due by May 31, 2016;

WHEREAS Plaintiff's reply to Defendants' opposition is currently due by June 7, 2016;

WHEREAS Plaintiff's motion is scheduled to be heard in this Court on July 28, 2016;

WHEREAS Defendants have moved the Court for an Order relating the six pending removed state court securities class actions to the similar securities class action originally filed in federal court;

WHEREAS the plaintiffs in the six removed actions have opposed Defendants' Motion to Relate, and instead requested that the Court relate only the six removed state court securities class actions;

WHEREAS Defendants' motion is currently under submission before the Hon. Charles R. Breyer;

WHEREAS the undersigned parties are currently negotiating with plaintiffs in the five additional removed actions regarding coordinated briefing on the pending motions to remand;

1  WHEREAS the undersigned parties agree that a short extension of time for Defendants to oppose Plaintiff's Motion to Remand is appropriate in light of the anticipated coordinated briefing of the six pending motions to remand;

WHEREAS this extension will not affect the noticed hearing date;

WHEREAS, in the interest of efficiency and judicial economy, the parties have previously stipulated to defer Defendant's response to the complaint in this action pending the resolution of Plaintiff's Motion to Remand;

WHEREAS, other than the dates of the opposition and reply to Plaintiff's Motion to Remand, this stipulation will not affect or alter the date of any event or deadline already fixed by Court order or otherwise affect the schedule of the case;

NOW THEREFORE, the parties hereby STIPULATE and AGREE as follows:

1. Defendants shall file an opposition to Plaintiff's Motion to Remand on or before June 2, 2016; and,

2. Plaintiff shall file a reply to Defendants' opposition on or before June 9, 2016.

**IT IS SO STIPULATED**

| | |
|---|---|
| Dated: May 31, 2016 | Dated:     May 31, 2016 |
| ROBBINS GELLER RUDMAN & DOWD LLP | MORRISON & FOERSTER LLP |
| By:   /s/ *James I. Jaconette* | By:   /s/ *Anna Erickson White* |
| Attorney for Plaintiff | Attorneys for the Sunrun Defendants |

James I. Jaconette (SBN 179565)
655 W. Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619.231.1058
Facsimile: 619.231.7423

Dated:     May 31, 2016

SHEARMAN & STERLING LLP

By:   /s/ *Patrick D. Robbins*

Attorneys for the Underwriter Defendants

Patrick D. Robbins
535 Mission Street, 25th Floor
San Francisco, CA  94105
Telephone:  415.616.1100
Facsimile:  415.616.1199
Email:  probbins@shearman.com

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: <u>June 1, 2016</u>

*[signature]*
Hon. Haywood S. Gilliam, Jr.
United States District Judge

**ATTESTATION OF E-FILED SIGNATURE**

I, Anna Erickson White, am the ECF User whose ID and password are being used to file this **STIPULATION EXTENDING TIME TO OPPOSE MOTION TO REMAND**.  In compliance with General Order 45, X.B., I hereby attest that James I. Jaconette and Patrick D. Robbins concur in this filing.

Dated:  May 31, 2016                              */s/ Anna Erickson White*
                                                            Anna Erickson White

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/*Kenneth L.P. MacCardle*
**Kenneth L.P. MacCardle**