IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY L. PYTEL, et al.,<br>      Plaintiff,<br>v.<br><br>SUNRUN INC, et al.,<br>      Defendant.<br>_____<br>JOE BAKER, et al.,<br>      Plaintiff,<br>v.<br><br>SUNRUN INC, et al.,<br>      Defendant.<br>_____<br>MICHAEL BROWN, et al.,<br>      Plaintiff,<br>v.<br><br>SUNRUN INC, et al.,<br>      Defendant.<br>_____<br>GEORGE COHEN, et al.,<br>      Plaintiff,<br>v.<br><br>SUNRUN INC, et al.,<br>      Defendant.<br>_____ | No.   C 16-2566-CRB<br>        C 16-2568-CRB<br>        C 16-02569-CRB<br>        C 16-02570-CRB<br>        C 16-02572-CRB<br>        C 16-02573-CRB<br><br>**ORDER REMANDING CASES** |

|   |   |
|---|---|
| 1 | _____ |
| 2 | GREG MANCY, et al., |
| 3 | Plaintiff, |
| 4 | v. |
| 5 |  |
| 6 | SUNRUN INC, et al., |
| 7 | Defendant. |
|   | _____ |
| 8 | JACKIE L. NUNEZ, et al., |
| 9 | Plaintiff, |
| 10 | v. |
| 11 |  |
| 12 | SUNRUN INC, et al., |
| 13 | Defendant.                                         / |

**United States District Court**
**For the Northern District of California**

Defendants removed the six actions at issue here—all brought under the Securities Act of 1933—from state court in May 2016. See Notices of Removal. The Court concludes that this matter is suitable for resolution without oral argument under Civil Local Rule 7–1(b) and VACATES the hearing set for this matter.

Courts in this district have uniformly concluded and exhaustively explained that the Securities Act prohibits removal of the specific claims at issue here.[1] See 15 U.S.C.A. § 77v.

---

[1] See Elec. Workers Local #357 Pension & Health & Wellness Trusts v. Clovis Oncology, Inc., No. 16-cv-00933-EMC, 2016 U.S. Dist. LEXIS 60086 (N.D. Cal. May 5, 2016); Iron Workers Mid-South Pension Fund v. TerraForm Global, Inc., No. 15-CV-6328-BLF, 2016 U.S. Dist. LEXIS 27753, at *17-*18 (N.D. Cal. Mar. 3, 2016); Buelow v. Alibaba Grp. Holding Ltd., No. 15-cv-05179-BLF, 2016 U.S. Dist. LEXIS 7444, at *9-*10 (N.D. Cal. Jan. 20, 2016) City of Warren Police & Fire Ret. Sys. v. Revance Therapeutics, Inc., 125 F. Supp. 3d 917 (N.D. Cal. 2015); Liu v. Xoom Corp., No. 15-CV-00602-LHK, 2015 WL 3920074, at *3 (N.D. Cal. June 25, 2015); Plymouth Cty. Ret. Sys. v. Model N, Inc., No. 14-cv-04516-WHO, 2015 U.S. Dist. LEXIS 1104, at *7 (N.D. Cal. Jan. 5, 2015); Kerley v. MobileIron Inc., No. 15-cv-04416-VC, Order Granting Motion to Remand (N.D. Cal. Nov. 30, 2015); Desmarais v. Johnson, No. C 13-03666 WHA, 2013 U.S. Dist. LEXIS 153165, at *8-*9 (N.D. Cal. Oct. 22, 2013); Young v. Pac. Biosciences of Cal., Inc., No. 5:11-cv-05668, 2012 U.S. Dist. LEXIS 33695, at *11 (N.D. Cal. Mar. 13, 2012); Cervantes v. Dickerson, No. 15-cv-3825-PJH, 2015 U.S. Dist. LEXIS 143390, at *10 (N.D. Cal. Oct. 21, 2015); Harper v. Smart Techs Inc., No. C 11-5232 SBA, 2012 U.S. Dist. LEXIS 191130, at *13 (N.D. Cal. Sept. 28, 2012); Toth v. Envivo, Inc., No. C 12-5636 CW, 2013 U.S. Dist. LEXIS 151767, at *3 (N.D.

2

After careful review of the parties' submissions and the relevant authorities, the Court concludes that Defendants have offered no new or convincing arguments indicating that these cases granting remand—cases which "appear[] to be emerging as the dominant view around the country"—were wrongly decided. See <u>Clovis Oncology, Inc.</u>, 2016 WL 2592947, at *7. The Court thus GRANTS Plaintiffs' Motions to Remand in each of these six actions.

Plaintiffs also move for fees and costs, arguing that Defendants lacked an "objectively reasonable basis for seeking removal." See <u>Terraform Glob., Inc.</u>, 2016 WL 827374, at *5. Although courts in this district have "soundly rejected" Defendants' position, see <u>Liu</u>, 2015 WL 3920074, at *3, the Court declines to conclude that Defendants lacked an "objectively reasonable basis for seeking removal," see <u>Terraform Glob., Inc.</u>, 2016 WL 827374, at *5. Plaintiffs' motion for costs and expenses is DENIED. See <u>id.</u>

**IT IS SO ORDERED.**

Dated: July 11, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

---

Cal. Oct. 17, 2013).

3